

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 25 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WILLIE DAVIS,

          Plaintiff,

    -against-

C. R. BARD, INC., a foreign corporation, and
BARD PERIPHERAL VASCULAR, INC.,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civ. Action No. 1:19-cv-06069-ENV-CLP

## STIPULATION AND [PROPOSED] ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4, that the law firm of Greenberg Traurig, LLP is hereby substituted in place of the law firm of Nelson Mullins Riley & Scarborough, LLP as counsel of record for Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. in this action.

Pursuant to Local Civil Rule 1.4, a supporting declaration is attached hereto.

PLEASE TAKE NOTICE that all pleadings, notices of hearings, and other filings in this matter should be served upon the following incoming counsel:

    Timothy E. Di Domenico, Esq.
    MetLife Building
    Greenberg Traurig, LLP
    200 Park Avenue, 15th Floor
    New York, New York 10166
    Tel.: 212.801.9200
    Fax: 212.801.6400

Email: didomenicot@gtlaw.com

Dated: New York, New York
       November 19, 2019

| GREENBERG TAURIG, LLP | NELSON MULLINS RILEY & SCARBOROUGH, LLP |
|---|---|
| By: /s/ Timothy E. Di Domenico<br>    Timothy E. Di Domenico | By: /s/ Richard B. North<br>    Richard B. North |
| MetLife Building<br>200 Park Avenue, 15th Floor<br>New York, New York 10166<br>Tel.: 212.801.9200<br>Fax: 212.801.6400<br>Email: didomenicot@gtlaw.com | 201 17th Street, NW, Suite 1700<br>Atlantic Station<br>Atlanta, Georgia 30363<br>Tel: 404.322.6000<br>Fax: 404.322.6050<br>Email: richard.north@nelsonmullins.com |
| *Incoming Counsel for Defendants*<br>*C. R. Bard, Inc. and Bard Peripheral*<br>*Vascular, Inc.* | *Outgoing Counsel for Defendants*<br>*C. R. Bard, Inc. and Bard Peripheral*<br>*Vascular, Inc.* |

SO ORDERED:

/s/ Cheryl Pollak
_____
United States District Court Judge
MTG

11/20/19