UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIE DAVIS<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.<br><br>　　　　　　　　Defendants. | CASE NUMBER: 19-cv-06069-(ENV)(CLP)<br><br>NOTICE OF APPEARANCE |

　　　　Dayton P. Haigney, an attorney duly admitted practice before the Court, hereby appears as local/notice counsel for the plaintiff, Willie Davis.   The Clerk of Court is requested to make the appropriate entry in the ECF system.

Dated:　3 January 2020
　　　　　New York, New York, NY

　　　　　　　　　　　　　　　　　　　　Yours, etc.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Dayton P. Haigney (DH-3455)
　　　　　　　　　　　　　　　　　　　　**Local Counsel for Plaintiff**
　　　　　　　　　　　　　　　　　　　　233 Broadway, Ste. 2348
　　　　　　　　　　　　　　　　　　　　New York, NY 10279
　　　　　　　　　　　　　　　　　　　　(212) 557-5590
　　　　　　　　　　　　　　　　　　　　DPHLAW@msn.com

        Scott R. Seideman (SS-5849)
        **Lead Counsel for Plaintiff**
        *Pro Hac Vice pending*
        The Seideman Law Firm, P.C.
        200 Adriatic Parkway, Suite 102
        McKinney, Texas 75072
        SSEID@seidlaw.com
        (214) 752-0443

To:
Timothy E. Di Domenico
**Counsel to Defendants**
Greenberg Traurig, LLP
200 Park Avenue, 15th Floor
New York, NY 10166
(212) 801-9200
DIDOMENICOT@gtlaw.com

**Certificate of Service**

    Dayton P. Haigney, an attorney duly admitted to practice law in the State of New York affirms the following.  That on the 3rd day of January 2019, I caused to be served upon the parties, this Notice of Appearance by causing a true and correct copy thereof to be filed in the ECF system maintained by the Eastern District of New York:

                                                       __/S_____
                                                       Dayton P. Haigney