UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WILLIE DAVIS,

                          Plaintiff,

        -against-

C. R. BARD, INC., a foreign corporation, and
BARD PERIPHERAL VASCULAR, INC.,

                         Defendants.

Civ. Action No. 1:19-cv-06069-ENV-CLP

**NOTICE OF CHANGE OF ADDRESS**

COMES NOW Scott R. Seideman and the firm of The Seideman Law Firm, P.C., counsel of record for Plaintiff Willie Davis, and notifies the Court and all counsel that their mailing address has changed to 200 Adriatic Parkway, Suite 102, McKinney, Texas 75072. Their phone number, fax number, and email addresses remain the same.

Dated:          February 13, 2020

                                   THE SEIDEMAN LAW FIRM, P.C.

                                   By: */s/ Scott R. Seideman*
                                      Scott R. Seideman

                                   200 Adriatic Parkway, Suite 102
                                   McKinney, Texas 75072
                                   Tel.: 214.752.0443
                                   Fax.:  214.752.0449
                                   Email: sseid@seidlaw.com

                                   *Attorneys for Plaintiff Willie Davis*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 13, 2020, a true and correct copy of the foregoing

Notice of Appearance was served electronically by this Court's ECF system upon counsel of

record for all parties.


*/s/ Scott R. Seideman*
Scott R. Seideman
